```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        |
KINGVISION PAY-PER-VIEW LTD., as        |
Broadcast Licensee of the November      |
13, 2004 Ruiz/Golota Program,           |
                                        |
              Plaintiff,                |
                                        |     06 Civ. 3614 (KMW)
       -against-                        |
                                        |     ORDER
KELVIN A. ESTEVEZ and PEDRO MARIA,      |
Individually and d/b/a P&K BARBER       |
SHOP a/k/a K&G BARBER SHOP, and P&K     |
BARBER SHOP a/k/a K&G BARBER SHOP,      |
                                        |
              Defendants.               |
                                        |
----------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07

KIMBA M. WOOD, U.S.D.J.:

    By Report and Recommendation dated March 23, 2007 (the "Report"), Magistrate Judge Douglas F. Eaton recommended that Plaintiff be granted a default judgment against Defendants of $2,612.50, calculated as follows: (1) statutory damages of $1,400, (2) attorney's fees of $562.50, and (3) costs of $650. The Report notified the parties of the time to object and cautioned them that failure to timely object would preclude appellate review. Because neither party has objected to the recommendation, the Court should review the Report for clear error. Fed. R. Civ. P. 72(b) advisory committee's note; see also Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

    The Court has reviewed the Report and finds it to be well-reasoned and free of any clear error. It therefore accepts and

adopts the Report.

Default judgment in the amount of $2,612.50 is GRANTED. Plaintiff shall serve a copy of this judgment on Defendants via regular mail by no later than seven days following receipt by Plaintiff's counsel. The Clerk of Court is directed to close this case. Any pending motions are moot.

```
           SO ORDERED.
Dated:     New York, New York
           ~~April~~ __, 2007
           May 3
```

_____
Kimba M. Wood
United States District Judge